```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : |
| v. | : Criminal Case No. DKC 04-0495 |
|  |   Civil Action No. DKC 16-1504 |
|  | : |
| SHAMSADEEN IBN PURVIS |  |
|  | : |

**MEMORANDUM OPINION**

The parties have submitted a consent motion for the granting of Defendant's motion under 28 U.S.C. § 2255 and the imposition of a time served sentence. The defendant is currently serving a sentence imposed by Judge Alexander Williams on three counts: (1) Hobbs Act robbery, (2) use (brandishing) of a firearm during and in relation to a crime of violence, and (3) felon in possession of a firearm. Because he was found to be an Armed Career Criminal, the mandatory minimum sentence for count three was 180 months. Judge Williams imposed that sentence, and a concurrent term of 180 months on count one, along with a consecutive sentence of 84 months on count two, for a total of 264 months. The parties now agree that the defendant no longer qualifies as an Armed Career Offender and that the sentence on count three must be reduced. They also agree that the concurrent sentence on count one should be reduced, presumably because it was part of a sentencing package. The defendant has already served more than 15 years, and a time served

sentence is appropriate.  A separate order will be entered along with an amended judgment.

                                                /s/
                              DEBORAH K. CHASANOW
                              United States District Judge